1  ERICK M. FERRAN, ESQ.
   Nevada State Bar No. 9554
2  HITZKE & ASSOCIATES
   2030 E. Flamingo Road, Suite 115
3  Las Vegas, NV 89119
   Telephone No.: (702) 476-9668
4  Facsimile No.: (702) 462-2646
   ferranlawoffice@gmail.com
5  Attorneys for Defendant

## IN THE UNITED STATES DISTRIC COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE MARQUISE JENNINGS<br><br>Defendant. | CASE NO.:   2:20-cr-00096-RFB-VCF |

### SUBSTITUTION OF ATTORNEY

Defendant, ANDRE MARQUISE JENNINGS, herby substitutes ERICK M. FERRAN, ESQ., of the law firm of HITZKE & ASSOCIATES as its attorney of record, in place and instead of BRIAN J. SMITH, ESQ.

DATED this 10th day of July, 2020.

_____
ANDRE MARQUISE JENNINGS

I, Attorney BRIAN J. SMITH, ESQ., hereby consent to the substitution of ERICK M. FERRAN, ESQ. in this matter on behalf of Defendant, ANDRE MARQUISE JENNINGS

DATED this 10th day of July, 2020.

By _____
BRIAN J. SMITH, ESQ.

I, ERICK M. FERRAN, ESQ. hereby accept the substitution as the attorney of record for Defendant, ANDRE MARQUISE JENNINGS, in this matter. I am duly admitted to practice in this District. I further certify that I have been retained by Defendant JENNINGS in this matter.

DATED this 10th day of July, 2020.

HITZKE & ASSOCIATES

By _____
ERICK M. FERRAN, ESQ.
Nevada State Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
*Telephone No.: (702) 476-9668*
*Facsimile No.: (702) 462-2646*
*ferranlawoffice@gmail.com*
*Attorneys for Defendant*

APPROVED:

DATED this 16th day of July, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2