ERICK M. FERRAN, ESQ.
Nevada State Bar No. 009554
HITZKE & FERRAN
2110 E. Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 496-7668*
*Facsimile No.: (702) 462-2646*
*Attorney for Defendant JENNINGS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDRE MARQUISE JENNINGS,<br><br>　　　　　Defendant | CASE NO.:   2:20-cr-00096-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, ESQ., Acting United States Attorney, and KIMBERLY ANNE SOKOLICH, ESQ., Assistant United States Attorney, and counsel for the United States of America, ERICK M. FERRAN, ESQ., Counsel for Defendant ANDRE MARQUISE JENNINGS, that the Sentencing date in the above-captioned matter, currently set for May 2, 2022, at 9:00 a.m., be continued for forty-five (45) days or to a time convenient to this Honorable Court.

This stipulation is entered into for the following reasons:

1. Counsel for the Defendant need additional time to prepare for sentencing in the case.

2. Defendant Jennings is not in custody and does not object to the continuance;

3. All parties involved agree to the continuance;

-1-

4. This is the first request for a continuance of Defendant Jennings' sentencing. Defendant is compiling additional mitigation information and the undersigned has a scheduling conflict out of the jurisdiction.

5. Denial of this request for continuance would result in a miscarriage of justice.

6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of Defendant Jennings' sentencing date.

DATED this 27th day of April, 2022.

  /s/ Erick M. Ferran, Esq.              /s/ Kimberly Sokolich, Esq.
ERICK M. FERRAN, ESQ.            KIMBERLY SOKOLICH, ESQ.
Counsel for Defendant Jennings   Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE MARQUISE JENNINGS,<br><br>Defendants. | CASE NO.:   2:20-cr-00096-RFB-VCF<br><br>**ORDER TO CONTINUE SENTENCING** |

## FINDINGS OF FACT

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant need additional time to prepare for sentencing in the case.

2. Defendant JENNINGS is not in custody and does not object to the continuance;

3. All parties involved agree to the continuance;

4. This is the first request for a continuance of Defendant Jennings' sentencing. Defendant is compiling additional mitigation information and the undersigned has a scheduling conflict out of the jurisdiction.

5. Denial of this request for continuance would result in a miscarriage of justice.

6. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18

U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## CONCLUSIONS OF LAW

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in the presently set sentencing hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

4. For all the above-stated reasons, the ends of justice would be best served by a continuance of Defendant Jennings' sentencing date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

IT IS ORDERED that the sentencing scheduled for May 2, 2022, at 9:00 a.m., be continued.

IT IS FURTHER ORDERED that the Sentencing in this matter be scheduled for the 16th day of June, at 9:00 am in LV Courtroom 7C.

**DATED** this 28th day of April, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE