ERICK M. FERRAN, ESQ.
Nevada State Bar No. 009554
HITZKE & FERRAN
2110 E. Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 496-7668*
*Facsimile No.: (702) 462-2646*
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDRE MARQUISE JENNINGS<br><br>           Defendant. | CASE NO.:   2:20-cr-00096-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, ESQ., United States Attorney, and KIMBERLY ANNE SOKOLICH, ESQ., Assistant United States Attorney, counsel for the United States of America, and Defendant ANDRE MARQUISE JENNINGS, by and through his counsel, ERICK M. FERRAN, ESQ., that the sentencing date in this matter, scheduled for June 23, 2022, be reset to a date approximately 30 days from, the present date as permitted by the Court's schedule.

This stipulation is entered into for the following reasons:

1. Counsel for the Defendant has had a recent COVID finding and would prefer to appear in person in this matter at the time of sentencing rather than proceed via audio/visual programs, given the nature of this case.

-1-

2. Counsel for the Defendant is completing his sentencing memorandum and was delayed due to his symptoms in preparing the same.

3. Defense Counsel and Assistant United States Sokolich agree to the continuance; this would be the second request to continue the same.

4. Defendant Jennings is not in custody and does not object to the continuance.

5. All parties involved agree to the continuance;

6. Denial of this request for continuance would result in a miscarriage of justice.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

DATED this 21st day of June, 2022

  /s/ Erick M. Ferran, Esq.                     /s/ Kimberly Sokolich, Esq.
ERICK M. FERRAN, ESQ.                  KIMBERLY SOKOLICH, ESQ.
Counsel for Defendant Jennings         Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE MARQUISE JENNINGS<br><br>Defendants. | CASE NO.:   2:20-cr-00096-RFB-VCF<br><br>**ORDER TO CONTINUE SENTENCING DATE** |

## **FINDINGS OF FACT**

Based on the pending Stipulations of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant has had a recent COVID finding and would prefer to appear in person in this matter at the time of sentencing rather than proceed via audio/visual programs, given the nature of this case.

2. Counsel for the Defendant is completing his sentencing memorandum and was delayed due to his symptoms in preparing the same.

3. Defense Counsel and Assistant United States Sokolich agree to the continuance; this would be the second request to continue the same.

4. Defendant Jennings is not in custody and does not object to the continuance.

5. All parties involved agree to the continuance;

6. Denial of this request for continuance would result in a miscarriage of justice.

-3-

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice.

2. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

3. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing date.

## ORDER

IT IS ORDERED that the sentencing scheduled for June 23, 2022, at 11:45 a.m., be continued.

IT IS FURTHER ORDERED that the sentencing date be reset to the  11th  day of   August, 2022  , at 10:00 am.

DATED this 21st day of June, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE